IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AUGUST RESOURCE FUNDING, INC.,

    Plaintiff,

v.

PROCORP, LLC and TIMOTHY ERIK SCHULTZ,

    Defendants.

Case No.  18-cv-1011-jdp

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant August Resource Funding, Inc. against defendants Procorp, LLC and Timothy Erik Schultz in the amount of $5,879.540.66.

    s/V. Olmo, Deputy Clerk               8/27/2020
Peter Oppeneer, Clerk of Court             Date